UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

vs.  Case No.3:99-cr-300-J-12TEM

**RONALD CHARLES WILLIAMS**

---

## O R D E R

This cause is before the Court on the Defendant's pro se "Motion under Title 18 U.S.C. § 3582(c)(2) ... " (Doc. 74), filed February 15, 2008. The Defendant pleaded guilty to Count One of the Indictment charging him with possession with intent to distribute cocaine base. The Court sentenced the Defendant to a term imprisonment of 120 months (ten (10) years), which was the low end of the applicable guideline range due to the required statutory minimum mandatory sentence.

Eligibility for consideration under 18 U.S.C. § 3582(c) is triggered only by an amendment in U.S.S.G. 1B1.10(c) that lowers the applicable guideline range. Accordingly, a reduction in the Defendant's term of imprisonment is not authorized under 18 U.S.C. 3582(c) and is not consistent with U.S.S.G. 1B1.10(c) if the amendment does not have the effect of lowering the applicable guideline range because of the operation of another guideline or statutory provision (e.g., statutory minimum mandatory term of imprisonment). Because the minimum term of imprisonment required by statute in the Defendant's case is ten (10) years, and the Defendant is now serving a term of imprisonment of ten (10) years, he is ineligible for a further sentence reduction. Accordingly, it is

**ORDERED AND ADJUDGED:**

That the Defendant's pro se "Motion under Title 18 U.S.C. § 3582(c)(2) ... " (Doc. 74) is denied.

**DONE AND ORDERED** this \_\_\_\_5th\_\_\_\_\_ day of March 2008.

*Howell W. Melton*
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
AUSA (Brown)
Defendant, pro se
U.S. Probation (Owens)

2